UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - -:
REVISE CLOTHING, INC.,                  :   09 Civ. 3961 (BSJ) (JCF)
                                        :
            Plaintiff,                  :         O R D E R
                                        :
    - against -                         :
                                        :
JOE'S JEANS SUBSIDIARY, INC.,           :
JOE'S JEANS, INC.,                      :
                                        :
            Defendants.                 :
- - - - - - - - - - - - - - - - - - -:        ┌─────────────────────────────┐
JOE'S JEANS SUBSIDIARY, INC., and       :     │ USDS SDNY                   │
JOE'S JEANS, INC.,                      :     │ DOCUMENT                    │
                                        :     │ ELECTRONICALLY FILED        │
            Third-Party Plaintiffs,     :     │ DOC #: _____                │
                                        :     │ DATE FILED: 10/16/09        │
    - against -                         :     └─────────────────────────────┘
                                        :
TARGET CORPORATION and TARGET           :
BRANDS, INC.,                           :
                                        :
            Third-Party Defendants.     :
- - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

    A pretrial conference having been held on October 16, 2009, it
is hereby ORDERED as follows:

    1.  The parties shall exchange initial disclosures by October
30, 2009.

    2.  Any requests for admission shall be propounded by February
15, 2010.

    3.  All fact discovery shall be completed by March 31, 2010.

    4.  Expert reports and disclosures shall be exchanged by May
14, 2010.

    5.  Rebuttal expert reports and disclosures shall be exchanged
by June 11, 2010.

1

6.    All expert discovery shall be completed by June 30, 2010.

7.    The pretrial order shall be submitted by July 30, 2010 unless any dispositive motion is filed by that date.  If such a motion is filed, the pretrial order shall be due thirty days after the motion is decided.

SO ORDERED.

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:    New York, New York
          October 16, 2009

Copies mailed this date:

Gordon E. R. Troy, Esq.
Law Office of Gordon E. R. Troy, PC
3333 Lake Road
P.O. Box 368
Charlotte, VT 05445

Lisa M. Buckley, Esq.
Pryor Cashman LLP
7 Times Square
New York, New York 10036

2