```
- - - - - - - - - - - - - - - - - - - -:
REVISE CLOTHING, INC.,                  :  09 Civ. 3961 (BSJ) (JCF)
                                        :
              Plaintiff,                :         O R D E R
                                        :
     - against -                        :
                                        :
JOE'S JEANS SUBSIDIARY, INC.,           :
JOE'S JEANS, INC.,                      :
                                        :
              Defendants.               :
- - - - - - - - - - - - - - - - - - - -:
JOE'S JEANS SUBSIDIARY, INC., and       :
JOE'S JEANS, INC.,                      :
                                        :
              Third-Party Plaintiffs,   :
                                        :
     - against -                        :
                                        :
TARGET CORPORATION and TARGET           :
BRANDS, INC.,                           :
                                        :
              Third-Party Defendants.   :
- - - - - - - - - - - - - - - - - - - -:
```

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Today I issued a decision on the plaintiff's motion to disqualify the law firm representing the defendants. I filed that decision under seal because of the possibility that it contains information confidential to the parties. By January 20, 2010, the parties shall submit papers identifying what, if any, information they request to be redacted from the version of the decision that will be publicly filed, providing a detailed basis for any such request. These submissions may themselves be filed under seal.

SO ORDERED.

*[signature: James C. Francis IV]*
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

1

Copies mailed this date:

Gordon E. R. Troy, Esq.
Law Office of Gordon E. R. Troy, PC
3333 Lake Road
P.O. Box 368
Charlotte, VT 05445

Daniel A. Ball, Esq.
Ball Law Offices, P.C.
540 Edson Lane, Suite 315
Rockville, MD 20852

Lisa M. Buckley, Esq.
Steven M. Rabinowitz, Esq.
Bryan T. Mohler, Esq.
Pryor Cashman LLP
7 Times Square
New York, New York 10036